82,685-01

Abel Acosta, Clerk
Court of Criminal Appeals
P.O.Box 12308  Capital Station
Austin, Texas
                78711

                                    RE: Writ of Habeas Corpus
                                            (11.07)

Mr.Acosta,

    I had recieved a copy of my 11.07 from the District Court, on 1/5/15
and I am inquiring if a copy has been sent to the Court of Criminal
Appeals as well? I have not recieved any kind of notification, and
would like to know if you have recieved it.

    It was two forms, and a 37 pg. memorandum in support of the writ.
I greatly appreciate your time and assistance in this matter. Thanks!

                            Respectfully,

                            Mr.Billy W.Haynes
                            #1723231-Clements H/S
                            9601 Spur 591
                            Amarillo, Texas
                                        79107

RECEIVED IN
COURT OF CRIMINAL APPEALS

JAN 20 2015

Abel Acosta, Clerk